IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KVACH JARWANG, | ) | |
| --- | --- | --- |
| Petitioner, | ) | 8:17CV336 |
| v. | ) | |
| IMMIGRATION CUSTOMS ENFORCEMENT, | ) | MEMORANDUM AND ORDER |
| Respondent. | ) | |

The government has filed a detailed response to the Petition for Writ of Habeas Corpus as I directed. It is apparent that Petitioner has been accorded all of his legal rights. It is also apparent that he will be deported via charter flight to South Sudan on October 24, 2017. Based upon the government's response and brief, I now deny the Petition for Writ of Habeas Corpus. Applying the normal standards for certificates of appealability, I also determine that no certificate of appealability should be issued.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (filing no. 1) is denied with prejudice. A separate judgment will be issued. No certificate of appealability will be issued.

DATED this 20th day of October, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge